429 A.2d 760

Mayer, Appellant v. Molson et al.

Vanderslice, Appellant v. Friend Pontiac Inc.

Reargument Denied March 13, 1981.

Argued April 16, 1980. Edmund L. Olszewski, for appellants; George A. Verlihay, for appellees.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Judgments N.O.V. in favor of Friend Pontiac, Inc., affirmed.